# EXHIBIT A

Motion Picture: Mechanic: Resurrection
File Name: Mechanic Resurrection (2016) 720p BrRip x264 - VPPV
File Hash: SHA1: B4A81D27B29589DD704A8449878OED183F12EB69

| No | IP | Port | Client | Hit Date UTC | ISP | City | Province |
|---|---|---|---|---|---|---|---|
| 1 | 74.71.172.215 | 33439 | [unknown Client] | 2017-01-03 03:57:21 | Time Warner Cable | New York | New York |
| 2 | 69.122.219.33 | 50321 | [unknown Client] | 2017-01-22 02:10:44 | Optimum Online | The Bronx | Bronx |
| 3 | 69.120.157.242 | 49918 | µTorrent 2.2.1 | 2017-01-22 03:57:39 | Optimum Online | Brooklyn | Bronx |
| 4 | 47.20.82.55 | 50321 | [unknown Client] | 2017-01-22 12:53:59 | Optimum Online | The Bronx | Bronx |
| 5 | 74.71.36.217 | 35406 | Azureus 5.7.3 | 2017-02-07 04:00:55 | Time Warner Cable | Far Rockaway | New York |
| 6 | 158.222.205.174 | 36249 | [unknown Client] | 2017-02-07 22:16:53 | Time Warner Cable | New York | New York |
| 7 | 74.71.55.120 | 64404 | µTorrent 2.2.1 | 2017-02-06 01:57:29 | Time Warner Cable | Cambria Heights | New York |
| 8 | 47.18.58.123 | 60881 | µTorrent 2.2.1 | 2017-01-29 02:56:04 | Optimum Online | The Bronx | Bronx |
| 9 | 74.101.155.66 | 64011 | [unknown Client] | 2017-01-19 08:49:39 | Verizon Fios | New York | New York |
| 10 | 98.113.225.201 | 58319 | [unknown Client] | 2017-01-12 16:48:55 | Verizon Fios | New York | New York |
| 11 | 108.6.41.69 | 46804 | [unknown Client] | 2017-01-01 21:01:55 | Verizon Fios | Mamaroneck | Westchester |
| 12 | 72.226.110.107 | 50321 | [unknown Client] | 2017-02-02 18:49:26 | Time Warner Cable | New York | New York |
| 13 | 24.161.33.235 | 57100 | µTorrent 3.4.9 | 2017-01-02 14:49:01 | Time Warner Cable | Monticello | Sullivan |
| 14 | 68.195.164.128 | 6881 | µTorrent 3.4.0 | 2017-01-22 01:21:54 | Optimum Online | The Bronx | Bronx |