# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## PA 1-998-057

**Effective Date of Registration:**
August 02, 2016

---

## Title
_____

**Title of Work:** Mechanic: Resurrection

**Previous or Alternate Title:** The Mechanic 2 aka The Mechanic II

**Nature of Claim:** Original Motion Picture

## Completion/Publication
_____

**Year of Completion:** 2016
**Date of 1st Publication:** August 25, 2016
**Nation of 1st Publication:** United States
**Preregistration:** PRE000008863

## Author
_____

- **Author:** ME2 Productions, Inc.
  **Author Created:** Entire Motion Picture
  **Work made for hire:** Yes
  **Domiciled in:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant
_____

**Copyright Claimant:** ME2 Productions, Inc.
318 N. Carson Street, #208, Carson City, NV 89701

## Limitation of copyright claim
_____

**Material excluded from this claim:** Motion Picture Screenplay - PAu 3-773-822 - Registered August 6, 2014
**Previously registered:** Yes

**New material included in claim:** Cinematographic material including performance, production as a motion picture, editing and all audio and visual elements including photography, dialogue, music and special effects

## Certification
_____

**Name:** Michael A. Hierl
**Date:** August 01, 2016

Page 1 of 2

**Correspondence:** Yes

